# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH A. GUGLIELMO, | ) CASE NO. 09-01255-JSW |
| Plaintiff, | ) |
| v. | ) ~~PROPOSED~~ ORDER |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

In accordance with the parties' stipulation, the Case Management Conference is continued until September 25, 2009 and a Case Management Statement is due by September 18, 2009.

IT IS SO ORDERED.

Dated: June 24, 2009

*/s/ Jeffrey S. White*
THE HONORABLE JEFFREY S. WHITE
United States District Court Judge