```
 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)
   | United States Attorney
 2 | THOMAS MOORE (ASBN 4305-T780)
   | Assistant United States Attorney
 3 | Chief, Tax Division
   | BLAKE D. STAMM (CTBN 301887)
 4 | Assistant United States Attorney
   |   9th Floor Federal Building
 5 |   450 Golden Gate Avenue, Box 36055
   |   San Francisco, CA 94102
 6 |   Telephone:  (415) 436-7063
   |   Fax:        (415) 436-6748
 7 |
   | Attorneys for the United States of America
 8 |
```

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| JOSEPH A. GUGLIELMO, | ) CASE NO. 09-01255-JSW |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| | ) ANSWER DATE |
| v. | ) AND PROPOSED ORDER |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

1. The date by which the respondent, United States of America (respondent) is required to answer n the above-captioned matter is August 18, 2009.

2. Respondent is seeking from the Internal Revenue Service (IRS) additional records to complete its answer and also to determine whether additional parties should be properly joined in this action.

3. The parties have stipulated to a continuance for respondent to answer to October 19, 2009.

Stipulation & Proposed Order
09-cv-01255-JSW                                   -1-

| | |
|---|---|
| | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated: August 13, 2009 | /s/ Blake D. Stamm<br>BLAKE D. STAMM<br>Assistant United States Attorney<br>Tax Division<br>Attorneys for United States of America |
| Dated: August 13, 2009 | JAMES M. SULLIVAN<br>ATTORNEY FOR PLAINTIFF |

In accordance with the parties' stipulation, the respondent United States of America is ordered to file its answer not later than October 19, 2009.

IT IS SO ORDERED.

Dated: August 21, 2009

*Jeffrey S. White*
THE HONORABLE JEFFREY S. WHITE
United States District Court Judge