|   |   |   |
|---|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT FOR THE | |
| 2 | NORTHERN DISTRICT OF CALIFORNIA | |
| 3 | SAN FRANCISCO DIVISION | |

1
2
3
4   JOSEPH A. GUGLIELMO,                ) CASE NO. 09-01255-JSW
                                        )
5       Plaintiff,                      )
                                        )
6   v.                                  ) ~~PROPOSED~~ ORDER
                                        )
7   UNITED STATES OF AMERICA,           )
                                        )
8       Defendant.                      )
                                        )
9
10       In accordance with the parties' stipulation, the Case Management Conference is
11  continued until ~~November 20, 2009~~ December 4, 2009 and a Case Management Statement is due by ~~November 13~~ November 30, 2009.
12
13       IT IS SO ORDERED.
14
15  Dated: September 17, 2009          _____
                                        THE HONORABLE JEFFREY S. WHITE
16                                      United States District Court Judge
17
...
28

Stipulation & ~~Proposed~~ Order
09-cv-01255-JSW                    -3-