JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-T780)
Assistant United States Attorney
Chief, Tax Division
BLAKE D. STAMM (CTBN 301887)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, CA 94102
 Telephone:   (415) 436-7063
 Fax:         (415) 436-6748

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **JOSEPH A. GUGLIELMO,** | ) CASE NO. 09-01255-JSW |
| Plaintiff, | ) |
| | ) STIPULATION TO ENTRY OF |
| v. | ) JUDGMENT AND ~~PROPOSED~~ |
| | ) ORDER |
| **UNITED STATES OF AMERICA,** | ) |
| Defendant. | ) |

The United States of America and plaintiff Joseph A. Guglielmo, through their counsel, stipulate and agree as follows:

1.   That judgment be entered against Joseph A. Guglielmo and in favor of the United States of America in the amount of $182,500 in satisfaction of taxes, interest and penalties, assessed against him for his employer's quarterly federal tax return, Form 941 for the tax period ending September 30, 2003 plus statutory interest from November 30, 2009, until paid. Plaintiff moves to dismiss the above-described suit with prejudice.

///

///

///

Stipulation to Judgment and ~~Proposed~~ Order
09-cv-01255-JSW                                    -1-

1  ///
2  ///
3  ///
4  ///
5  ///
6  ///
7      2.    Each party will bear its own attorneys' fees and costs of suit incurred herein.

                                                   JOSEPH P. RUSSONIELLO
                                                   United States Attorney

Dated: November 30, 2009               /s/
                                                   BLAKE D. STAMM
                                                   Assistant United States Attorney
                                                   Tax Division
                                                   Attorneys for United States of America

Dated: November 30, 2009               /s/
                                                   JAMES M. SULLIVAN
                                                   ATTORNEY FOR PLAINTIFF

## ORDER

In accordance with the parties' stipulation,

IT IS SO ORDERED.

Dated: ~~November , 2009~~
December 1, 2009                                  THE HONORABLE JEFFREY S. WHITE
                                                  United States District Court Judge